IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Case No. 1:16-cr-261 |
| SREEDHAR POTARAZU, | ) |
| Defendant. | ) |
| | ) |

## ORDER

The matter is before the Court on defendant Sreedhar Potarazu's unopposed motion to continue his sentencing hearing for 60 days. (Doc. 42). On December 2, 2016, defendant pleaded guilty to (1) inducing interstate travel to commit fraud, in violation of 18 U.S.C. § 2314 and (2) failing to account for and pay over employment taxes, in violation of 26 U.S.C. § 7202. (Doc. 39). His sentencing hearing is currently scheduled for 9:00 a.m. on Friday, March 3, 2017. Defendant seeks a 60-day continuance on the ground that defendant and the government are discussing cooperation and the proper amount attributable to the fraud loss. The motion is devoid of any explanation as to why a 60-day extension is appropriate. On the basis of this record, an extension to Friday, March 31, 2017 is appropriate for the parties' discussions about cooperation and loss amount.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendant's motion for a 60-day continuance is **GRANTED IN PART**, and as such his sentencing hearing is **CONTINUED** to 9:00 a.m. on Friday, March 31, 2017. Defendant's motion is **DENIED** in all other respects.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 7, 2017

/s/
_____
T. S. Ellis, III
United States District Judge